IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Ballard,<br><br>            Plaintiff,<br><br>v.<br><br>The International Brotherhood of Electrical Workers Local 769 – Management Pension Plan, et al.,<br><br>           Defendants. | No. CV-13-00767-PHX-SRB<br><br>**ORDER** |

Defendants having filed a Notice of Settlement;

IT IS ORDERED that this matter will be dismissed with prejudice within 45 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set on November 18, 2013.

                                            Dated this 12th day of November, 2013.

                                            _____
                                            Susan R. Bolton
                                            United States District Judge