Michael E. Hensley, Bar #010915
John D. Lierman, Bar #030588
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7873
mhensley@jshfirm.com

Attorneys for Defendants IBEW Local 769;
Trustees of IBEW Local 769

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Michael Ballard, a married man,

Plaintiff,

v.

The International Brotherhood of Electrical Workers Local 769 - Management Pension Plan, a multiemployer defined benefit pension Plan; Trustees of The International Brotherhood of Electrical Workers Local 769 - Management Pension Plan, a plan administrator and fiduciaries,

Defendants.

NO. CV-13-767-PHX-SRB

**STIPULATION TO DISMISS WITH PREJUDICE**

It is hereby stipulated by and between the parties, through undersigned counsel, that the above-captioned action be dismissed with prejudice, all parties to bear their own costs and attorneys' fees incurred herein.

DATED this 22nd day of November, 2013.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Michael E. Hensley
Michael E. Hensley
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendants IBEW Local 769; Trustees of IBEW Local 769

LAW OFFICES OF KEVIN KOELBEL, P.C.

By /s/ Kevin Koelbel
Kevin Koelbel, Esq.
7303 W. Boston Street
Chandler, AZ 85226
Attorney for Plaintiff Michael Ballard

CALDWELL & OBER, P.L.L.C.

By /s/ Erin Ronstadt
Erin Ronstadt
1940 E. Camelback Rd., Ste. 150
Phoenix, Arizona 85016
Attorneys for Plaintiff Michael Ballard

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin Koelbel
Law Offices of Kevin Koelbel, P.C.
7303 W. Boston Street
Chandler, Arizona 85226
Attorneys for Plaintiff

Erin Ronstadt
Caldwell & Ober, P.L.L.C.
1940 East Camelback Road, Suite 150
Phoenix, Arizona 85016
Attorneys for Plaintiff

/s./ Lisa Drapeau
3420219.1