# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Ballard, a married man,<br><br>                              Plaintiff,<br><br>        v.<br><br>The International Brotherhood of Electrical Workers Local 769 - Management Pension Plan, a multiemployer defined benefit pension Plan; Trustees of The International Brotherhood of Electrical Workers Local 769 - Management Pension Plan, a plan administrator and fiduciaries,<br><br>                              Defendants. | NO. CV-13-767-PHX-SRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to stipulation of the parties dated November 8, 2013, and good cause appearing, this Court hereby dismisses, with prejudice, all of the Plaintiff's claims against the Defendants The International Brotherhood of Electrical Workers Local 769 - Management Pension Plan, the Trustees of The International Brotherhood of Electrical Workers Local 769 - Management Pension Plan, and the administrator and fiduciaries of The International Brotherhood of Electrical Workers Local 769 - Management Pension Plan, each side to bear its own attorneys' fees and costs.

Dated this 25th day of November, 2013.

_____
Susan R. Bolton
United States District Judge